DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LUCIA GALOFRE,**
Appellant,

v.

**BANK OF AMERICA N.A.,**
Appellee.

No. 4D17-1469

[September 6, 2017]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Joel T. Lazarus, Senior Judge; L.T. Case No. CACE 09020493.

Lucia Galofre, pro se.

Allison Morat, Law Offices of Pearson Bitman LLP, for appellee.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN and FORST, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***